UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GORDON EUGENE BOWERMAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

Case No. 1:07-cv-1222
(Criminal Case No. 1:05-cr-254-04)

HON. GORDON J. QUIST

## ORDER

Petitioner filed a Motion for Modification of Sentence under 18 U.S.C. § 3582(c)(2) seeking a reduction in his sentence pursuant to recent retroactive amendments to the sentencing guidelines. However, his motion was filed as a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and a separate civil case number was issued. Because his motion was incorrectly filed,

**IT IS HEREBY ORDERED** that Defendants § 2255 Motion (docket no. 1) is dismissed.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file his motion as a Motion for Modification of Sentence in case number 1:05-cr-254-04.

Dated:  February 12, 2008

      /s/ Gordon J. Quist
    GORDON J. QUIST
UNITED STATES DISTRICT JUDGE